SCWC-28917

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CIVIL NO. 03-1-1922
NST HOLDINGS CORP., dba BUDGET HAWAIIAN HOLIDAYS, GENE MIYAKE and
DANNY CHING, Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

ALTRES, INC., Petitioner/Defendant-Appellee/Cross-Appellant,

and

NAUTILUS INSURANCE COMPANY,
Respondent/Defendant-Appellee/Cross-Appellee,

and

GARY DIFALCO, Respondent/Defendant;

AND

CIVIL NO. 04-1-0776
NST HOLDINGS CORP., dba BUDGET HAWAIIAN HOLIDAYS, DANNY CHING and
GENE MIYAKE, Respondents/Plaintiffs-Appellants/Cross-Appellees,

vs.

ALTRES, INC., Petitioner/Defendant-Appellee/Cross-Appellant,

and

ISLAND INSURANCE COMPANY,
Respondent/Defendant-Appellee/Cross-Appellee,

and

GARY DIFALCO, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28917)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ., and
Circuit Judge Crandall, in place of McKenna, J., recused, and
Circuit Judge Del Rosario, in place of Pollack, J., recused)

Petitioner/Defendant-Appellee/Cross-Appellant Altres,

Inc.'s application for writ of certiorari filed on December 3,

2012, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawai'i, January 16, 2013.

Mark T. Shklov and
Michel A. Okazaki for
petitioner

Roy F. Epstein for
respondents NST Holdings
Corp., Gene Miyake and
Danny Ching

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Virginia L. Crandall

/s/ Dexter D. Del Rosario

